# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    Irene Louise Lehane                                               CASE NO. 13-52357-KMS
      DEBTOR.

                                                                                                CHAPTER 13

To:    Irene Louise Lehane, Pro Se Debtor

## NOTICE OF DEFICIENCY

The Amended Chapter 13 Plan (Dkt. #19) filed by you on December 9, 2013 is deficient for the following reason(s):

- Motion to Amend Chapter 13 Plan with Certificate of Service
- 21 Day Notice to affected creditors

You should correct the above deficiency on or before December 24, 2013. Failure to do so may result in the pleading filed by you being stricken and dismissed or in a show cause hearing.

Dated: December 10, 2013                             DANNY L. MILLER, CLERK OF COURT
                                                                         2012 15th Street Ste 244
                                                                         Gulfport, MS 39501
                                                                         601-608-4600